DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

IAN FREDERICK PANTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0154

_____

October 24, 2025

Appeal from the Circuit Court for Pinellas County; Cathy Ann McKyton,
Judge.

Blair Allen, Public Defender, and Lisa Lott, Assistant Public Defender,
Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    Affirmed.

LUCAS, C.J., and MORRIS and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.